UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 16 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

Doctor STACY SEYB, M.D.,

Plaintiff - Appellee,

v.

MEMBERS OF THE IDAHO BOARD OF MEDICINE, in their official capacities; et al.,

Defendants,

RAUL LABRADOR,

Intervenor-Defendant - Appellant.

No. 26-5360

D.C. No.
1:24-cv-00244-BLW
District of Idaho,
Boise

ORDER

Doctor STACY SEYB, M.D.,

Plaintiff - Appellee,

v.

MEMBERS OF THE IDAHO BOARD OF MEDICINE; et al.,

Defendants,

ADA COUNTY PROSECUTING ATTORNEY, Jan Bennetts, in her official capacity,

Defendant - Appellant,

No. 26-5558
D.C. No.
1:24-cv-00244-BLW
District of Idaho,
Boise

RAUL LABRADOR,

Intervenor-Defendant.

Before: WARDLAW, BERZON, and CALLAHAN, Circuit Judges.

Appellant Raul Labrador's motion to file a document under seal, Dkt. 35 (No. 26-5360); Dkt. 33 (No. 26-5558) is GRANTED. Absent further order of this court, the sealing restriction will be lifted as of September 17, 2026, at which time, the Clerk is directed to open the document for public viewing.