UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 5 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| Doctor STACY SEYB, M.D.,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>MEMBERS OF THE IDAHO BOARD OF MEDICINE, in their official capacities; et al.,<br><br>Defendants,<br><br>RAUL LABRADOR,<br><br>Intervenor-Defendant - Appellant. | No. 26-5360<br><br>D.C. No. 1:24-cv-00244-BLW<br>District of Idaho, Boise<br><br>ORDER |
| Doctor STACY SEYB, M.D.,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>MEMBERS OF THE IDAHO BOARD OF MEDICINE; et al.,<br><br>Defendants,<br><br>ADA COUNTY PROSECUTING ATTORNEY, Jan Bennetts, in her official capacity,<br><br>Defendant - Appellant, | No. 26-5558<br><br>D.C. No. 1:24-cv-00244-BLW<br><br>District of Idaho, Boise |

RAUL LABRADOR,

Intervenor-Defendant.

M.D. Doctor STACY SEYB,

Plaintiff - Appellant,

v.

MEMBERS OF THE IDAHO BOARD OF MEDICINE, in their official capacities and ADA COUNTY PROSECUTING ATTORNEY, in their official capacity,

Defendants - Appellees,

ADAMS COUNTY PROSECUTING ATTORNEY; et al.,

Defendants,

RAUL LABRADOR,

Intervenor-Defendant - Appellee.

No. 26-6068

D.C. No. 1:24-cv-00244-BLW

District of Idaho, Boise

Before: WARDLAW, BERZON, and CALLAHAN, Circuit Judges.

A judge of this court has called sua sponte for a vote to determine whether this case should be reheard en banc. The parties are directed to file simultaneous briefs setting forth their respective positions on whether the case should be reheard en banc. The briefs shall not exceed 15 pages unless they comply with the

alternative length limitation of 4,200 words. The briefs shall be filed within 21 days of the date of this order.